IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS CHESTER SMITH,<br><br>Defendant. | CR 11-31-M-DWM-TJC<br><br><br><br>**ORDER** |

Defendant has filed an Unopposed Motion for Production of a Mirror Image Extraction of Cell Phone for Forensic Examination by Defense Expert. (Doc. 54.) Good cause appearing,

IT IS ORDERED that United States Probation Office must create and provide to Defense counsel a mirror image extraction of Defendant's cell phone as soon as practicable for Defendant's review and analysis.

DATED this 24th day of June, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge